UNITED STATES of America,
Plaintiff–Appellee,

v.

Miguel MENCHACA–HERNANDEZ,
Defendant–Appellant.

No. 14–55617.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 21, 2014.*

Filed Nov. 25, 2014.

Stacey H. Sullivan, Assistant U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Clare Lemon, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and NGUYEN, Circuit Judges.

### MEMORANDUM**

Miguel Menchaca–Hernandez challenges only the length of sentence imposed following his guilty-plea conviction for illegal reentry after removal, in violation of 8 U.S.C. § 1326. Because Menchaca–Hernandez has been released from custody and is not subject to an additional term of supervised release, we dismiss the appeal as moot. *See United States v. Verdin,* 243

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

F.3d 1174, 1178 (9th Cir.2001); *United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

DISMISSED.